UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KARI SCATTAGALIA, ET AL.,<br><br>    Defendants. | No. 2:17-cr-00187-GEB |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAGPAL SINGH, ET AL.,<br>    Defendants. | No. 2:17-cr-00210-MCE |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RAHIM MAHBOOB,<br>    Defendant. | No. 2:17-cr-00213-TLN<br><br>**RELATED CASES ORDER** |

On December 4, 2017, the United States of America filed "Notice of Related Cases" documents concerning the above captioned cases. The cases are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Under the regular practice of

this court, related cases are generally assigned to the judge to whom the first filed case was assigned. Therefore, Jagpal Singh, et al., 2:17-cr-00210-MCE, and Rahim Mahboob, 2:17-cr-00213-TLN, are reassigned to the undersigned judge for all further proceedings, and the caption on the reassigned cases shall show the initials "GEB."

Further, any date currently set in the reassigned cases is VACATED, and a status conference is scheduled to commence in 2:17-cr-00210-GEB and 2:17-cr-00213-GEB at 9:00 a.m. on January 5, 2018.

The Clerk of the Court shall make any adjustment in the assignment of criminal cases necessitated by the reassignments.

Dated:  December 5, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge