UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 04, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAJINDER SINGH,

Defendant.

Case No. 2:17-cr-00210-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release TAJINDER SINGH, Case No. 2:17-cr-00210-MCE from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $ _____

X Unsecured Appearance Bond $ 10,000, cosigned by Ranjit Kaur.

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

X (Other): Conditions of release stated on the record.

Issued at Sacramento, California on December 04, 2017 at 2:10 pm

By: _____
Magistrate Judge Carolyn K. Delaney