McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00210 GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JAGPAL SINGH, *et al.*, | DATE: February 23, 2018 |
| Defendants. | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on February 23, 2018.

2. By this stipulation, defendants Jagpal Singh, Jagdish Singh, Tajinder Singh, Parminder Singh, and Shawana Denise Harris, through their respective counsel of record, now move to continue the status conference until May 18, 2018, and to exclude time between February 23, 2018, and May 18, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The United States has represented that the discovery associated with this case includes collectively, investigative reports, electronic discovery obtained from the search of various electronic devices, records from the California Department of Motor Vehicles, and records from telephone providers and banks which is subject to a protective order. To date, the United States has produced over 2,000 pages of documents, as well as audio recordings, some of which are in a foreign

1  language.  The United States continues to process discovery and additional discovery is forthcoming.

2          b)  Counsel for defendants desire additional time to review discovery, consult with
3  their respective clients, to review the current charges, to conduct investigation and research related to the
4  charges, to discuss potential resolutions with his/her client, to prepare pretrial motions, and to otherwise
5  prepare for trial.  They will also need time to review the additional discovery upon its receipt.

6          c)  Counsel for defendants believe that failure to grant the above-requested
7  continuance would deny counsel the reasonable time necessary for effective preparation, taking into
8  account the exercise of due diligence.

9          d)  The United States does not object to the continuance.

10          e)  Based on the above-stated findings, the ends of justice served by continuing the
11  case as requested outweigh the interest of the public and the defendant in a trial within the original date
12  prescribed by the Speedy Trial Act.

13          f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
14  et seq., within which trial must commence, the time period of February 23, 2018 to May 18, 2018,
15  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it
16  results from a continuance granted by the Court at defendants' request on the basis of the Court's
17  finding that the ends of justice served by taking such action outweigh the best interest of the public and
18  the defendant in a speedy trial.

19      4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the
20  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
21  must commence.

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER

2

1      IT IS SO STIPULATED.

Dated: February 20, 2018       McGREGOR W. SCOTT
                                                   United States Attorney

                                                   */s/ Todd A. Pickles*
                                                   TODD A. PICKLES
                                                   ROSANNE L. RUST
                                                   Assistant United States Attorneys

Dated: February 20, 2018       */s/ Todd A. Pickles for*
                                                   I. MARK BLEDSTEIN
                                                   ADAM KOPPEKIN
                                                   Counsel for Defendant
                                                   JAGPAL SINGH

Dated: February 20, 2018       */s/ Todd A. Pickles for*
                                                   ELLEN BARRY
                                                   Counsel for Defendant
                                                   JAGDISH SINGH

Dated: February 20, 2018       */s/ Todd A. Pickles for*
                                                   EDWARD ROBINSON
                                                   Counsel for Defendant
                                                   TAJINDER SINGH

Dated: February 20, 2018       */s/ Todd A. Pickles for*
                                                   KELLY BABINEAU
                                                   Counsel for Defendant
                                                   PARMINDER SINGH

Dated: February 20, 2018       */s/ Todd A. Pickles for*
                                                   KYLE KNAPP
                                                   Counsel for Defendant
                                                   SHAWANA DENISE HARRIS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 20, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge