```
PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>TAJINDER SINGH,<br><br>      Defendant. | CASE NO. 2:17-CR-210 TLN<br><br>STIPULATION AND ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING<br><br>DATE: December 2, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

  Pursuant to an agreement between the parties, and the probation officer, Defendant TAJINDER SINGH, respectfully requests the Court to continue sentencing to April 28, 2022, at 9:30 a.m. and to adopt the following schedule for Disclosure and Sentencing in the above-referenced matter:

1

| | |
|---|---|
| Judgment and sentencing date: | April 28, 2022 at 9:30 a.m. |
| Sentencing memoranda to be filed not later than: | April 21, 2022 |
| Motion for correction/formal objections to be filed no later than: | April 14, 2022 |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | April 7, 2022 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 24, 2022 |
| The draft Pre-Sentence Report is due no later than: | March 10, 2022 |

Dated: October 21, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated: October 21, 2021

By: /s/ EDWARD ROBINSON
EDWARD ROBINSON
Counsel for defendant
Tajinder Singh

**ORDER**

IT IS SO ORDERED this 21st day of October, 2021.

Troy L. Nunley
United States District Judge