PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-210 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING |
| v. | |
| TAJINDER SINGH, | |
| Defendant. | |

Pursuant to an agreement between the parties, and the probation officer, Defendant Tajinder Singh, respectfully requests the Court to continue sentencing to July 14, 2022, at 9:30 a.m. and to adopt the following schedule for disclosure and sentencing in the above-referenced matter:

///

///

///

///

///

///

///

1

| | |
|---|---|
| Judgment and sentencing date: | July 14, 2022 at 9:30 a.m. |
| Any sentencing memoranda to be filed not later than: | July 7, 2022 |
| Motion for correction of the final pre-sentence report/formal objections to be filed no later than: | June 30, 2022 |
| A final pre-sentence report with responses to informal objections shall be filed with the court and disclosed to counsel no later than: | June 16, 2022 |
| Counsel's written objections to the draft pre-sentence report shall be delivered to the Probation Officer and opposing counsel no later than: | June 9, 2022 |
| The draft pre-sentence report is due no later than: | Already issued |

Dated: March 18, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated: March 18, 2022

By: /s/ ED ROBINSON
ED ROBINSON
Counsel for defendant
Tajinder Singh

### ORDER

IT IS SO ORDERED this 21st day of March, 2022.

Troy L. Nunley
United States District Judge

2