PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:17-CR-210 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING |
| v. | DATE: July 14, 2022 |
| TAJINDER SINGH, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

Pursuant to an agreement between the parties, and the probation officer, Defendant TAJINDER SINGH, respectfully requests the Court to continue the sentencing hearing scheduled for July 14, 2022, to September 8, 2022, at 9:30 a.m. and to adopt the following schedule for Disclosure and Sentencing in the above-referenced matter:

///

///

///

///

///

///

1

| Judgment and sentencing date: | September 8, 2022 at 9:30 a.m. |
|---|---|
| Sentencing memoranda to be filed not later than: | September 1, 2022 |
| Motion for correction/formal objections to be filed no later than: | July 14, 2022 |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | June 30, 2022 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | June 16, 2022 |
| The draft Pre-Sentence Report is due no later than: | Already issued |

Dated:  June 7, 2022

PHILLIP A. TALBERT
United States Attorney


By:  /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated:  June 7, 2022


By:  /s/ EDWARD ROBINSON
EDWARD ROBINSON
Counsel for defendant
Tajinder Singh


**ORDER**

IT IS SO ORDERED this 9th day of June, 2022.


Troy L. Nunley
United States District Judge