KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
Shawana Harris

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHAWANA HARRIS,<br><br>    Defendant. | No. 2:17-CR-00210-TLN<br><br>**ORDER TO FILE EXHIBIT B OF DEFENDANT'S MOTION TO EXTEND SELF SURRENDER DATE UNDER SEAL** |

Pursuant to Local Rule 141(b) and based upon the representation contained in the defendant's Request to Seal, IT IS HEREBY ORDERED that Exhibit B, containing medical records pertaining to defendant Shawana Harris, shall be SEALED until further order of this Court. It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant. The Court has considered the factors set forth in Oregonian Publishing Co. v. U.S. District Court for the District of Oregon, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the defendant's request, sealing the defendant's submissions serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the defendant would be harmed.

//

//

1

In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the defendant's exhibits that would adequately protect the compelling privacy interests identified by the defendant.

DATED: February 23, 2023

Troy L. Nunley
United States District Judge